# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Tina Bennett, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 20-cv-2139 JRT/HB |
| Liberty Life Assurance Company of Boston, | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the stipulation of dismissal of this action is approved and this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date: 3/10/2021                                                                                      KATE M. FOGARTY, CLERK